525 Pa. 572 (1991)
583 A.2d 789
Dorothy M. WHITE, Executrix of the Estate of Alfred S. White, Deceased, Appellant,
v.
Roger D. WEINER, M.D., Robb S. Seto, M.D., Gerard Voci, M.D., Episcopal Hospital, Eli Lilly and Company, Walter H. Beadling, Jr., M.D., and Dr. Baruch.
Supreme Court of Pennsylvania.
Argued December 4, 1990.
Decided January 7, 1991.
Rodger L. Mutzel and J. Michael Sheridan, Media, for appellant.
Nina M. Gussack, Philadelphia, for Eli Lilly & Co.
Edward W. Madeira and Kenwyn Dougherty, Philadelphia, for Dr. Seto.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER
PER CURIAM:
Order affirmed.
LARSEN, J., dissents.